United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-11216-mdc
Fu-Chun Hsu                                                               Chapter 13
Elizabeth Wang-Hsu
          Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Eileen          Page 1 of 2          Date Rcvd: Jan 11, 2017
                             Form ID: 167          Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 13, 2017.
```
db/jdb       +Fu-Chun Hsu,   Elizabeth Wang-Hsu,    708 Conestoga Road,   Bryn Mawr, PA 19010-1225
13729146     +ACAR Leasing LTD d/b/a GM Financial Leasing,    PO BOX 183692,   Arlington, TX 76096-3692
13680202     ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One Bank USA NA,    15000 Capital One Drive,
              Richmond, VA 23238)
13680203     +CHOP Retirement Plan,   TIAA-CREF,    730 Third Avenue,   New York, NY 10017-3207
13680201     +Capital One,   P.O. Box 30281,   Salt Lake City, UT 84130-0281
13706655      Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC 28272-1083
13680204     ++++DITECH FINANCIAL LLC,    332 MINNESOTA ST STE E610,   SAINT PAUL MN 55101-1311
              (address filed with court: Ditech Financial LLC,    332 Minnesota Street,   Suite 610,
              Saint Paul, MN 55101)
13680205     +DSNB/Macys,   P.O. Box 8218,   Mason, OH 45040-8218
13760812      Department Store National Bank,   c/o Quantum3 Group LLC,    PO Box 657,
              Kirkland, WA 98083-0657
13680207     +GM Financial,   75 Remittance Drive,   Suite 1738,   Chicago, IL 60675-1738
13731313     +Midland Funding, LLC,   P.O. Box 2011,   Warren, MI 48090-2011
13761658     +PNC BANK, N.A.,   PO BOX 94982,   CLEVELAND, OHIO 44101-4982
13680208     +PNC Bank,   2730 Liberty Avenue,   Pittsburgh, PA 15222-4747
13738076     +Toyota Lease Trust,   c/o Toyota Motor Credit Corporation,   PO Box 9013,
              Addison, TX 75001-9013
13680210     +Toyota Motor Credit Co,   240 Gibraltar Rd Ste 260,   Horsham, PA 19044-2387
13680206     ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court: Elan Financial Service,    CB Disputes P.O. Box 108,
              Saint Louis, MO 63166)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13762295      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 12 2017 01:54:01
              Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
13680209     +E-mail/PDF: gecsedi@recoverycorp.com Jan 12 2017 01:46:06    Synchronicity Bank/Amazon,
              P.O. Box 965015,   Orlando, FL 32896-5015
13680211     +E-mail/Text: vci.bkcy@vwcredit.com Jan 12 2017 01:52:00    Vw Credit Inc,   1401 Franklin Blvd,
              Libertyville, IL 60048-4460
                                                                                          TOTAL: 3
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13680212*    +VW Credit, Inc.,   1401 Franklin Boulevard,   Libertyville, IL 60048-4460
                                                                      TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2017                              Signature:   /s/Joseph Speetjens


## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 11, 2017 at the address(es) listed below:
              ROBERT J. LOHR, II   on behalf of Joint Debtor Elizabeth  Wang-Hsu bob@lohrandassociates.com,
              leslie@lohrandassociates.com
              ROBERT J. LOHR, II   on behalf of Debtor Fu-Chun  Hsu bob@lohrandassociates.com,
              leslie@lohrandassociates.com
              THOMAS I. PULEO   on behalf of Creditor    VW Credit, Inc. tpuleo@kmllawgroup.com,
              bkgroup@kmllawgroup.com

District/off: 0313-2          User: Eileen              Page 2 of 2              Date Rcvd: Jan 11, 2017
                             Form ID: 167               Total Noticed: 19

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@phl13trustee.com,  philaecf@gmail.com
                                                                                    TOTAL: 5

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

In Re: Fu–Chun Hsu and Elizabeth
Wang–Hsu

      Debtor(s)

Case No: 16–11216–mdc

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable
Magdeline D. Coleman , United States Bankruptcy Judge to consider:

**rescheduled*
Motion for Relief from Stay re: 2014 VW Passat 1.8T WE, VIN:
1VWAT7A37EC031424. Filed by VW Credit, Inc. Represented
by THOMAS I. PULEO

on: 2/9/17

at: 11:00 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA
19107

For The Court

Date:  1/11/17

Timothy B. McGrath
Clerk of Court