1,090
133473400012132-001

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE OF VEHICLE | TITLE NUMBER |
|---|---|---|---|
| 1VWAT7A37EC031424 | 2014 | VOLKSWAGEN | 727886916О1 VW |

| BODY TYPE | DUP | SEAT CAP | PRIOR TITLE STATE | CERT PROC DATE | ODOM MILES | ODOM STATUS |
|---|---|---|---|---|---|---|
| SDN | 0 | | | 12/13/13 | 000015 | 0 |

| DATE PA TITLED | DATE OF ISSUE | UNLADEN WEIGHT | GVWR | GCWR | TITLE BRANDS |
|---|---|---|---|---|---|
| 12/13/13 | 12/13/13 | | | | |

LESSEE   ELIZABETH C WANG & FU CHUN HSU

ODOMETER STATUS
0 = ACTUAL MILEAGE
1 = MILEAGE EXCEEDS THE MECHANICAL LIMITS
2 = NOT THE ACTUAL MILEAGE
3 = NOT THE ACTUAL MILEAGE-ODOMETER TAMPERING VERIFIED
4 = EXEMPT FROM ODOMETER DISCLOSURE

TITLE BRANDS
A = ANTIQUE VEHICLE
C = CLASSIC VEHICLE
D = COLLECTIBLE VEHICLE
F = OUT OF COUNTRY
G = ORIGINALLY BUILT FOR NON-U.S. DISTRIBUTION
H = AGRICULTURAL VEHICLE
L = LOGGING VEHICLE
P = IS/WAS A POLICE VEHICLE
R = RECONSTRUCTED
S = STREET ROD
T = RECOVERED THEFT VEHICLE
V = VEHICLE CONTAINS REISSUED VIN
W = FLOOD VEHICLE
X = IS/WAS A TAXI

REGISTERED OWNER(S)
VW CREDIT LEASING LTD
1401 FRANKLIN BLVD
LIBERTYVILLE IL 60048

FIRST LIEN FAVOR OF

SECOND LIEN FAVOR OF

If a second lienholder is listed upon application of the new title, the first lienholder must forward this Title to the Bureau of Motor Vehicles with the appropriate form and fee.

FIRST LIEN RELEASED _____ DATE _____
BY _____ AUTHORIZED REPRESENTATIVE
MAILING ADDRESS

SECOND LIEN RELEASED _____ DATE _____
BY _____ AUTHORIZED REPRESENTATIVE

VW CREDIT LEASING LTD
1401 FRANKLIN BLVD
LIBERTYVILLE IL 60048

pennsylvania
DEPARTMENT OF TRANSPORTATION

I certify as of the date of issue, the official records of the Pennsylvania Department of Transportation reflect that the person(s) or company named herein is the lawful owner of the said vehicle.

BARRY J. SCHOCH, P. E.
Secretary of Transportation

D. APPLICATION FOR TITLE AND LIEN INFORMATION

TO BE COMPLETED BY PURCHASER WHEN VEHICLE IS SOLD AND THE APPROPRIATE SECTIONS ON THE REVERSE SIDE OF THIS DOCUMENT ARE COMPLETED

SUBSCRIBED AND SWORN TO BEFORE ME   MO   DAY   YEAR

If a co-purchaser other than your spouse is listed and you want the title to be listed as "Joint Tenants With Right of Survivorship" (On death of one owner, title goes to surviving owner) CHECK HERE □. Otherwise, the title will be issued as "Tenants in Common" (On death of one owner, interest of deceased owner goes to his/her heirs or estate).

SIGNATURE OF APPLICANT (SIGN HERE ONLY)

IF NO LIEN, CHECK □   IS THIS AN SLT? (IF YES, FIN REQUIRED)  YES □ NO □
1ST LIENHOLDER FINANCIAL INSTITUTION NUMBER
1ST LIENHOLDER NAME
STREET
CITY                       STATE         ZIP

IF NO 2ND LIEN, CHECK □  IS THIS AN SLT? (IF YES, FIN REQUIRED) YES □ NO □
2ND LIENHOLDER FINANCIAL INSTITUTION NUMBER
2ND LIENHOLDER NAME
STREET
CITY                       STATE         ZIP

SIGNATURE OF CO-APPLICANT/TITLE OR AUTHORIZED SIGNER

STORE IN A SAFE PLACE - IF LOST APPLY FOR A DUPLICATE - ANY ALTERATION OR ERASURE VOIDS THIS TITLE