## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Fu-Chun Hsu<br>　　　　Elizabeth Wang-Hsu aka Che Hsiang Wang<br>　　　　　　　Debtors | CHAPTER 13 |
| VW Credit, Inc.<br>　　　　Movant<br>　vs. | NO. 16-11216 MDC |
| Fu-Chun Hsu<br>Elizabeth Wang-Hsu aka Che Hsiang Wang<br>　　　　　　　Debtors | 11 U.S.C. Section 362 |
| William C. Miller Esq.<br>　　　　Trustee | |

### ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant VW Credit, Inc., reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2014 VW Passat 1.8T WE, VIN: 1VWAT7A37EC031424 in a commercially reasonable manner. The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this 13th day of February, 2017.

_____
United States Bankruptcy Judge.

cc: See attached service list

Fu-Chun Hsu
708 Conestoga Road
Bryn Mawr, PA 19010

Elizabeth Wang-Hsu aka Che Hsiang Wang
708 Conestoga Road
Bryn Mawr, PA 19010

Robert J. Lohr, ll,, Esq.
1246 West Chester Pike, Ste. 312
West Chester, PA 19382

William C. Miller Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532