United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-11216-mdc
Fu-Chun Hsu                                                             Chapter 13
Elizabeth Wang-Hsu
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Antoinett    Page 1 of 1    Date Rcvd: Feb 16, 2017
                        Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2017.
db/jdb         +Fu-Chun Hsu,   Elizabeth Wang-Hsu,   708 Conestoga Road,   Bryn Mawr, PA 19010-1225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2017                                    Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2017 at the address(es) listed below:
              ROBERT J. LOHR, II    on behalf of Joint Debtor Elizabeth  Wang-Hsu bob@lohrandassociates.com,
               leslie@lohrandassociates.com
              ROBERT J. LOHR, II    on behalf of Debtor Fu-Chun  Hsu bob@lohrandassociates.com,
               leslie@lohrandassociates.com
              THOMAS I. PULEO    on behalf of Creditor   VW Credit, Inc. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 5

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Fu-Chun Hsu<br>    Elizabeth Wang-Hsu aka Che Hsiang Wang<br>        Debtors | CHAPTER 13 |
| VW Credit, Inc.<br>        Movant<br>    vs. | NO. 16-11216 MDC |
| Fu-Chun Hsu<br>Elizabeth Wang-Hsu aka Che Hsiang Wang<br>        Debtors | 11 U.S.C. Section 362 |
| William C. Miller Esq.<br>        Trustee | |

### ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant VW Credit, Inc., reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2014 VW Passat 1.8T WE, VIN: 1VWAT7A37EC031424 in a commercially reasonable manner. The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this 13th day of February, 2017

_____
United States Bankruptcy Judge.

cc: See attached service list

Fu-Chun Hsu
708 Conestoga Road
Bryn Mawr, PA 19010

Elizabeth Wang-Hsu aka Che Hsiang Wang
708 Conestoga Road
Bryn Mawr, PA 19010

Robert J. Lohr, ll,, Esq.
1246 West Chester Pike, Ste. 312
West Chester, PA 19382

William C. Miller Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532