**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| **In Re:** | **FU-CHUN HSU** | : | **CHAPTER 13** |
| | and | : | |
| | **ELIZABETH WANG-HSU** | : | |
| | Debtors | : | |
| | | : | **BANKRUPTCY NO. 16-11216** |

**DEBTOR'S NOTICE TO CONVERT CASE**
**FROM CHAPTER 13 TO CHAPTER 7**

The Debtors, Fu-Chun Hsu and Elizabeth Wang-Hsu, pursuant to 11 U.S.C. § 1307(a), hereby elect to convert the above-captioned chapter 13 bankruptcy case to a case under chapter 7 of the Bankruptcy Code.  The Debtors are entitled to convert their case because:

1. This case, filed on February 25, 2016, is a case under chapter 13 of the Bankruptcy Code.

2. The Debtors are eligible to be debtors under chapter 7 of the Bankruptcy Code.

WHEREFORE, the Debtors pray for relief under chapter 7 of the Bankruptcy Code.

Respectfully submitted,

Lohr & Associates, Ltd.

Date:  May 10, 2017           By:     /s/ Robert J. Lohr II
                                      Robert J. Lohr II
                                      Lohr & Associates, Ltd.
                                      1246 West Chester Pike
                                      Suite 312
                                      West Chester, PA 19382
                                      (610) 701-0222 - telephone
                                      (610) 431-2792 - facsimile
                                      bob@lohrandassociates.com - e-mail