United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 16-11216-mdc
Fu-Chun Hsu                                                         Chapter 7
Elizabeth Wang-Hsu
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Antoinett           Page 1 of 2           Date Rcvd: May 11, 2017
                             Form ID: 210U             Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 13, 2017.
```
db/jdb         +Fu-Chun Hsu,    Elizabeth Wang-Hsu,    708 Conestoga Road,    Bryn Mawr, PA 19010-1225
13729146       +ACAR Leasing LTD d/b/a GM Financial Leasing,    PO BOX 183692,    Arlington, TX 76096-3692
13680202      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One Bank USA NA,    15000 Capital One Drive,
                 Richmond, VA 23238)
13680203       +CHOP Retirement Plan,    TIAA-CREF,    730 Third Avenue,    New York, NY 10017-3207
13680201       +Capital One,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
13706655        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
13680204    ++++DITECH FINANCIAL LLC,    332 MINNESOTA ST STE E610,    SAINT PAUL MN 55101-1311
               (address filed with court: Ditech Financial LLC,    332 Minnesota Street,   Suite 610,
                 Saint Paul, MN 55101)
13680205       +DSNB/Macys,    P.O. Box 8218,    Mason, OH 45040-8218
13760812        Department Store National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA 98083-0657
13680207       +GM Financial,    75 Remittance Drive,    Suite 1738,    Chicago, IL 60675-1738
13731313       +Midland Funding, LLC,    P.O. Box 2011,    Warren, MI 48090-2011
13761658       +PNC BANK, N.A.,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
13680208       +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
13738076       +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, TX 75001-9013
13680210       +Toyota Motor Credit Co,    240 Gibraltar Rd Ste 260,    Horsham, PA 19044-2387
13680206      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: Elan Financial Service,    CB Disputes P.O. Box 108,
                 Saint Louis, MO 63166)
13885204       +VW Credit, Inc.,    PO Box 9013,    Addison, Texas 75001-9013
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov May 12 2017 01:10:53     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 12 2017 01:10:34
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 12 2017 01:10:47     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13762295        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 12 2017 01:17:44
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13680209       +E-mail/PDF: gecsedi@recoverycorp.com May 12 2017 01:17:47     Synchronicity Bank/Amazon,
                 P.O. Box 965015,    Orlando, FL 32896-5015
13680211       +E-mail/Text: vci.bkcy@vwcredit.com May 12 2017 01:10:43     Vw Credit Inc,    1401 Franklin Blvd,
                 Libertyville, IL 60048-4460
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13680212*      +VW Credit, Inc.,    1401 Franklin Boulevard,    Libertyville, IL 60048-4460
                                                                                   TOTALS: 0, * 1, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2017                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: Antoinett              Page 2 of 2                  Date Rcvd: May 11, 2017
                              Form ID: 210U                Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 11, 2017 at the address(es) listed below:
              ROBERT J. LOHR, II    on behalf of Joint Debtor Elizabeth  Wang-Hsu bob@lohrandassociates.com,
               leslie@lohrandassociates.com
              ROBERT J. LOHR, II    on behalf of Debtor Fu-Chun  Hsu bob@lohrandassociates.com,
               leslie@lohrandassociates.com
              THOMAS I. PULEO    on behalf of Creditor   VW Credit, Inc. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                              TOTAL: 5
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Fu−Chun Hsu and Elizabeth Wang−Hsu                    Case No: 16−11216−mdc

    Debtor(s)

_____

### CLERK'S NOTICE RE: PRESUMPTION OF ABUSE

To the debtor, debtor's counsel, interim trustee, creditors and all parties in interest,

NOTICE is hereby given, in accordance with 11 U.S.C. §342(d):

This is a Chapter 7 case of an individual with primarily consumer debts and insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified under F.R.B.P 5008.

Dated: 5/11/17

For The Court

Timothy B. McGrath
Clerk of Court

42
Form 210U