## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | CHAPTER 7 |
| FU-CHUN HSU and ELIZABETH WANG-HSU | BANKRUPTCY NO. 16-11216(MDC) |
| Debtors | |

## CERTIFICATE OF SERVICE

I, Robert W. Seitzer, Esquire, do hereby certify that I caused to have served on the 21st day of June, 2017 a copy of the foregoing Notice of Application and the Application of Christine C. Shubert, Chapter 7 Trustee, to Employ Maschmeyer Karalis P.C. as Counsel upon the parties on the attached list in the manner indicated thereon.

**MASCHMEYER KARALIS P.C.**

By: /s/ Robert W. Seitzer
Robert W. Seitzer, Esquire
Proposed Counsel to the Trustee

Dated: June 21, 2017

**VIA ECF TRANSMISSION**

Kevin P. Callahan, Esquire
Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Christine C. Shubert, Esquire
821 Wesley Avenue
Ocean City, NJ 08226

Robert J. Lohr, II, Esquire
Lohr and Associates, Ltd.
1246 West Chester Pike, Suite 312
West Chester, PA 19382

Thomas I. Puleo, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106