United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                        Case No. 16-11216-mdc
Fu-Chun Hsu                                                   Chapter 7
Elizabeth Wang-Hsu
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: JeanetteG            Page 1 of 2            Date Rcvd: Jun 20, 2017
                              Form ID: 139               Total Noticed: 24
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2017.
```
db/jdb         +Fu-Chun Hsu,    Elizabeth Wang-Hsu,    708 Conestoga Road,    Bryn Mawr, PA 19010-1225
13729146       +ACAR Leasing LTD  d/b/a GM Financial Leasing,    PO BOX 183692,    Arlington, TX 76096-3692
13680203       +CHOP Retirement Plan,    TIAA-CREF,    730 Third Avenue,    New York, NY 10017-3207
13680204     ++++DITECH FINANCIAL LLC,    332 MINNESOTA ST STE E610,    SAINT PAUL MN 55101-1311
               (address filed with court:  Ditech Financial LLC,     332 Minnesota Street,    Suite 610,
                 Saint Paul, MN 55101)
13760812        Department Store National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA 98083-0657
13680207       +GM Financial,    75 Remittance Drive,    Suite 1738,    Chicago, IL 60675-1738
13919354        GM Financing Leasing,    PO Box 183621,    Arlington, TX  76096-3621
13731313       +Midland Funding, LLC,    P.O. Box 2011,    Warren, MI 48090-2011
13761658       +PNC BANK, N.A.,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
13680208       +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
13738076       +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, TX 75001-9013
13885204       +VW Credit, Inc.,    PO Box 9013,    Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Jun 21 2017 01:23:53     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 21 2017 01:23:35
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 21 2017 01:23:48     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13680202        EDI: CAPITALONE.COM Jun 21 2017 01:13:00      Capital One Bank USA NA,    15000 Capital One Drive,
                 Richmond, VA 23238
13680201       +EDI: CAPITALONE.COM Jun 21 2017 01:13:00      Capital One,    P.O. Box 30281,
                 Salt Lake City, UT 84130-0281
13706655        EDI: CAPITALONE.COM Jun 21 2017 01:13:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
13680205       +EDI: TSYS2.COM Jun 21 2017 01:13:00      DSNB/Macys,    P.O. Box 8218,    Mason, OH 45040-8218
13762295        EDI: PRA.COM Jun 21 2017 01:13:00      Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk VA 23541
13680209       +EDI: RMSC.COM Jun 21 2017 01:13:00      Synchronicity Bank/Amazon,    P.O. Box 965015,
                 Orlando, FL 32896-5015
13680210       +EDI: TFSR.COM Jun 21 2017 01:13:00      Toyota Motor Credit Co,    240 Gibraltar Rd Ste 260,
                 Horsham, PA 19044-2387
13680206        EDI: USBANKARS.COM Jun 21 2017 01:13:00      Elan Financial Service,    CB Disputes P.O. Box 108,
                 Saint Louis, MO 63166
13680211       +E-mail/Text: vci.bkcy@vwcredit.com Jun 21 2017 01:23:44     Vw Credit Inc,    1401 Franklin Blvd,
                 Libertyville, IL 60048-4460
                                                                                               TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13919355*      +Toyota Motor Credit Co.,    240 Gibraltar Road, Ste 260,    Horsham,  PA 19044-2387
13680212*      +VW Credit, Inc.,    1401 Franklin Boulevard,    Libertyville, IL 60048-4460
                                                                                              TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2017                           Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: JeanetteG            Page 2 of 2                  Date Rcvd: Jun 20, 2017
                              Form ID: 139               Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 20, 2017 at the address(es) listed below:
              CHRISTINE C. SHUBERT    christine.shubert@comcast.net, J100@ecfcbis.com
              CHRISTINE C. SHUBERT    on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net,
               J100@ecfcbis.com
              ROBERT J. LOHR, II    on behalf of Joint Debtor Elizabeth  Wang-Hsu bob@lohrandassociates.com,
               leslie@lohrandassociates.com
              ROBERT J. LOHR, II    on behalf of Debtor Fu-Chun  Hsu bob@lohrandassociates.com,
               leslie@lohrandassociates.com
              THOMAS I. PULEO    on behalf of Creditor   VW Credit, Inc. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 6
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re:  Fu−Chun Hsu and Elizabeth Wang−Hsu
708 Conestoga Road
Bryn Mawr, PA 19010

Debtor(s)

Case No: 16−11216−mdc

Chapter: 7

Last Four digits of Social Security
or Individual Taxpayer−Identification (ITIN) No(s).,
(if any) Employer Tax−Identification (EIN) No(s). (if any).:
xxx−xx−2715
xxx−xx−3864

---

## NOTICE OF NEED TO FILE PROOF OF CLAIM
## DUE TO RECOVERY OF ASSETS

*NOTICE IS GIVEN THAT:*

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before

*Date:* 9/22/17

Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

A proof of claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms) or you can obtain one at any bankruptcy clerk's office. It may be filed by regular mail. To receive acknowledgment of your filing, you may either enclose a stamped self−addressed envelope and a copy of this proof of claim or you may access the court's PACER system (http://www.pacer.gov) to view your filed proof of claim

There is no fee for filing the proof of claim.
*Any creditor who has filed a proof of claim already need not file another proof of claim.*

900 Market Street
Suite 400
Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

**Date:** 6/20/17

48
Form 139