| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Fu-Chun Hsu** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Elizabeth Wang-Hsu** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF PENNSYLVANIA | | |
| Case number | **16-11216** | | |
| (if known) | | | |

☐ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ■ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **Hilton Resorts Corporation 6355 Metro West Boulevard Suite 180 Orlando, FL 32835  Orange County This property is a timeshare of which the Debtors are permitted to use the property for two weeks each year, specifically, unit 854.**<br>Line from *Schedule A/B*: **1.1** | **$4,500.00** | ■ | **$4,500.00**<br>☐  100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Household Goods comprised of 2 couches, 2 area rugs, 2 coffee tables, 10 lamps, 3 televisions, 2 DVD players,  2 entertainment center, 10 book shelves, dining room table with 9 chairs, 2 china cabinets, china service for 10, silver service for 8, microwave**<br>Line from *Schedule A/B*: **6.1** | **$8,000.00** | ■ | **$8,000.00**<br>☐  100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **Golf clubs, tennis racquet and baseball equipment.**<br>Line from *Schedule A/B*: **9.1** | **$200.00** | ■ | **$200.00**<br>☐  100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor 1 | **Fu-Chun Hsu** | | |
|---|---|---|---|
| Debtor 2 | **Elizabeth Wang-Hsu** | Case number (if known) | **16-11216** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Normal wardrobes**<br>Line from *Schedule A/B*: **11.1** | $800.00 | ■ $800.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **Wedding and engagement rings, watches, costume jewelry, tennis bracelet and cufflinks.**<br>Line from *Schedule A/B*: **12.1** | $5,000.00 | ■ $3,100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(4)** |
| **Wedding and engagement rings, watches, costume jewelry, tennis bracelet and cufflinks.**<br>Line from *Schedule A/B*: **12.1** | $5,000.00 | ■ $1,900.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Cash**<br>Line from *Schedule A/B*: **16.1** | $300.00 | ■ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Checking: PNC Bank, account #XXXXXX2960**<br>Line from *Schedule A/B*: **17.1** | $2,762.52 | ■ $2,762.52<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Savings: PNC Bank Account, Account Number XXXXXXX4943**<br>Line from *Schedule A/B*: **17.2** | $210.25 | ■ $210.25<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **403(b): TIAA CREF**<br>Line from *Schedule A/B*: **21.1** | $140,000.00 | ■ $140,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(C)** |
| **Pension: CHOP**<br>Line from *Schedule A/B*: **21.2** | Unknown | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(C)** |
| **401(k): Fidelity**<br>Line from *Schedule A/B*: **21.3** | $49,000.00 | ■ $49,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(C)** |
| **The Debtor spouse was involved in an automobile accident and was injured. Both Debtors will be plaintiffs in the expected lawsuit to be filed. The Debtors will be entitled to one-third, after expenses of any settlement or litigated result.**<br>Line from *Schedule A/B*: **33.1** | $100,000.00 | ■ $45,950.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(11)(D)** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

| Debtor 1 | **Fu-Chun Hsu** | | | |
|---|---|---|---|---|
| Debtor 2 | **Elizabeth Wang-Hsu** | | Case number (if known) | **16-11216** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | | Specific laws that allow exemption |
|---|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | | |
| **The Debtor spouse was involved in an automobile accident and was injured.  Both Debtors will be plaintiffs in the expected lawsuit to be filed.  The Debtors will be entitled to one-third, after expenses of any settlement or litigated result.**<br>Line from *Schedule A/B*: **33.1** | **$100,000.00** | ■ | **$15,777.23** | **11 U.S.C. § 522(d)(5)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

3. **Are you claiming a homestead exemption of more than $155,675?**
   (Subject to adjustment on 4/01/16 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■   No

   ☐   Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐   No

       ☐   Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy