IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | CHAPTER 7 |
| FU-CHUN HSU and ELIZABETH WANG-HSU | BANKRUPTCY NO. 16-11216(MDC) |
| Debtors | |

## ORDER

AND NOW, this 17th day of July, 2017, upon consideration of the Application of Christine C. Shubert, Chapter 7 Trustee, to Employ Maschmeyer Karalis P.C. as Counsel, IT IS HEREBY

ORDERED, that Maschmeyer Karalis P.C. is appointed as counsel to the Trustee. Compensation shall be allowed only after approval of an Application in procedural conformity with In Re Busy Beaver Building Centers, Inc., 19 F. 3d 833 (3rd Cir. 1994).

BY THE COURT:

_____
MAGDELINE C. COLEMAN
UNITED STATES BANKRUPTCY JUDGE