## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : CHAPTER 7 |
| FU-CHUN HSU and ELIZABETH WANG-HSU | : BANKRUPTCY NO. 16-11216(MDC) |
| Debtors | : |

## ORDER

AND NOW, this 17th day of July, 2017, upon consideration of the Application of Christine C. Shubert, Chapter 7 Trustee (the "Trustee"), to Employ Brooks, Bradley & Doyle ("BB&D") as Special Counsel (the "Application"), and good cause having been shown; it is hereby

**ORDERED,** that the Application is **APPROVED**; it is further

**ORDERED,** that BB&D is employed as special counsel; and it is further

**ORDERED,** that BB&D, as special counsel, shall be entitled to be paid pursuant to the terms set forth in the Application and by the Trustee only after approval of an application in accordance with In Re Busy Beaver Building Centers, Inc., 19 F. 3d 833 (3rd Cir. 1994).

BY THE COURT:

_Magdeline D. Coleman_
MAGDELINE D. COLEMAN,
UNITED STATES BANKRUPTCY JUDGE