UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  : CHAPTER 7

FU-CHUN HSU
ELIZABETH WANG-HSU


DEBTOR(S)  : BANKRUPTCY NO. 16-11216-MDC


NOTICE OF CHANGE FROM ASSET TO NO ASSET


TO THE CLERK:

    Christine C. Shubert, Chapter 7 Trustee, hereby notifies the Clerk that this case is to be reclassified as a No-Asset case. The Trustee was administering a personal injury claim. The value of the claim is less than originally anticipated, thereby providing no distribution to unsecured creditors. Accordingly, this is to be changed to a no-asset case.


Dated: September 05, 2017          /s/ Christine C. Shubert, Esquire
                                                          Chapter 7 Trustee
                                                          821 Wesley Avenue
                                                          Ocean City, NJ 08226
                                                          (856) 983-7735