United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Fu-Chun Hsu
Elizabeth Wang-Hsu
    Debtors

Case No. 16-11216-mdc
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: Antoinett     Page 1 of 1     Date Rcvd: Sep 06, 2017
                    Form ID: 195     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2017.
db/jdb        +Fu-Chun Hsu,    Elizabeth Wang-Hsu,    708 Conestoga Road,    Bryn Mawr, PA 19010-1225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                      TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2017                                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2017 at the address(es) listed below:
         CHRISTINE C. SHUBERT     christine.shubert@comcast.net, J100@ecfcbis.com
         CHRISTINE C. SHUBERT     on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net, J100@ecfcbis.com
         PAUL BRINTON MASCHMEYER     on behalf of Trustee CHRISTINE C. SHUBERT pmaschmeyer@cmklaw.com, csilvano@cmklaw.com
         ROBERT J. LOHR, II     on behalf of Debtor Fu-Chun  Hsu bob@lohrandassociates.com, leslie@lohrandassociates.com;r59687@notify.bestcase.com
         ROBERT J. LOHR, II     on behalf of Joint Debtor Elizabeth  Wang-Hsu bob@lohrandassociates.com, leslie@lohrandassociates.com;r59687@notify.bestcase.com
         ROBERT W. SEITZER     on behalf of Trustee CHRISTINE C. SHUBERT rseitzer@cmklaw.com
         THOMAS I. PULEO     on behalf of Creditor   VW Credit, Inc. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
         United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                                           TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 7

Fu−Chun Hsu and Elizabeth Wang−Hsu  : Case No. 16−11216−mdc
    Debtor(s)

***ORDER***
_____

    AND NOW, this day , 6th day of September, 2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

    By The Court

    Magdeline D. Coleman
    Judge , United States Bankruptcy Court

68
Form 195